# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5109**                                    **September Term, 2024**

**1:25-cv-00532-TNM**

**Filed On:** April 10, 2025

Associated Press,

      Appellee

    v.

Taylor Budowich, in his official capacity as
White House Deputy Chief of Staff, et al.,

      Appellants


    **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for a stay pending appeal and an immediate administrative stay, it is

**ORDERED** that appellee file a response to the motion by 5:00 p.m. on Friday, April 11, 2025. Any reply is due by noon on Saturday, April 12, 2025.

## Per Curiam

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

      BY:    /s/
            Lynda M. Flippin
            Deputy Clerk